BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant ERIC K. SHINSEKI, SECRETARY,
 DEPARTMENT OF VETERNAS AFFAIRS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAUNDRA DUFFY-HAWKINS, <br><br> Plaintiff, <br><br> v. <br><br> ERIC K. SHINSEKI, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | Case No. 1:14-cv-00080 AWI/SAB <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE SCHEDULING CONFERENCE** |

   Plaintiff Saundra Duffy-Hawkins ("Plaintiff"), and Defendant Eric K. Shinseki, Secretary, Department of Veterans Affairs ("Defendant"), stipulate, by and through the undersigned counsel, to extend the deadline for Defendant to respond to the complaint to and including April 23, 2014.

   The parties further agree to continue the date of the scheduling conference currently set for April 22, 2014 at 9:30 a.m. before Magistrate Judge Stanley A. Boone to June 10, 2014 at 2:30 p.m.

   The parties base this stipulation on good cause, which includes the need for Defendant to review the allegations in the Complaint and respond accordingly.  Plaintiff's counsel also needs time to complete the pro hac vice application procedures.  The parties agree that this short extension of the time for Plaintiff's counsel to complete pro hac vice procedures and the Defendant to respond will not cause any prejudice to the parties as this action was recently commenced.

///

///

Accordingly, the parties stipulate and agree to continue the time for the United States to file a responsive pleading to the Complaint and the scheduling conference as specified below, and base it on the above-stated good cause as well as the Declaration of Alyson A. Berg being submitted herewith. The parties request the court to endorse this stipulation by way of formal order.

                              Respectfully submitted,

Dated:  March 10, 2014          BENJAMIN B. WAGNER
                                   UNITED STATES ATTORNEY

                                   /s/Alyson A. Berg
                                   Alyson A. Berg
                                   Assistant United States Attorney
                                   Attorney for Defendant Eric K. Shinseki, Secretary,
                                   Department of Veterans Affairs

Dated:  March 7, 2014

                                   (As authorized 03/07/14)
                                   /s/David J. Holdsworth
                                   David J. Holdsworth
                                   Attorney for Plaintiff

### ORDER

Having reviewed the stipulation submitted by the parties, the court hereby extends the time for the Defendant to respond to the complaint to and including April 23, 2014.  The scheduling conference currently set for April 22, 2014 is hereby continued to June 10, 2014 at 2:30 p.m.

IT IS SO ORDERED.

Dated:   **March 11, 2014**
                                   UNITED STATES MAGISTRATE JUDGE