BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant ROBERT A. McDONALD, SECRETARY,
 DEPARTMENT OF VETERNAS AFFAIRS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUNDRA DUFFY-HAWKINS, ) | |
| ) | Case No. 1:14-cv-00080 AWI/SAB |
| Plaintiff, ) | |
| ) | NOTICE OF SUBSTITUTION OF |
| v. ) | DEFENDANT; ORDER |
| ) | |
| ERIC K. SHINSEKI, SECRETARY, ) | |
| DEPARTMENT OF VETERANS AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

NOTICE IS HEREBY GIVEN that, on July 29, 2014, Robert A. McDonald became the Secretary of Veterans Affairs.  Accordingly, pursuant to Fed. R. Civ. P. 25(d), Robert A. McDonald is substituted as defendant in place of Eric K. Shinseki for all further proceedings in this action.

Respectfully submitted,

Dated:  August 20, 2014              BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY


                                     /s/Alyson A. Berg
                                     Alyson A. Berg
                                     Assistant United States Attorney
                                     Attorney for Defendant Robert A. McDonald,
                                     Secretary, Department of Veterans Affairs

IT IS SO ORDERED.

Dated:  **September 17, 2014**       _____
                                     UNITED STATES MAGISTRATE JUDGE