BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant ROBERT A. McDONALD, SECRETARY,
 DEPARTMENT OF VETERANS AFFAIRS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAUNDRA DUFFY-HAWKINS,<br><br>                    Plaintiff,<br><br>v.<br><br>ERIC K. SHINSEKI, SECRETARY,<br>DEPARTMENT OF VETERANS AFFAIRS,<br>                    Defendant. | Case No. 1:14-cv-00080 AWI/SAB<br><br>STIPULATION TO CONTINUE MID-DISCOVERY STATUS CONFERENCE; ORDER |

Plaintiff, Saundra Duffy-Hawkins ("Plaintiff"), and Defendant Robert A. McDonald, Secretary, Department of Veterans Affairs United States ("Defendant"), by and through their undersigned counsel, jointly request that the Court continue the Mid-Discovery Status Conference currently set for January 20, 2015 at 9:00 a.m. to March 3, 2015, at 3:00 p.m.  The parties base this stipulation on good cause as Defendant's counsel has a deposition currently set out of town on January 20, 2015.

                                                                                    Respectfully submitted,

Dated:  January 8, 2015                         BENJAMIN B. WAGNER
                                                                UNITED STATES ATTORNEY


                                                                /s/Alyson A. Berg
                                                                Alyson A. Berg
                                                                Assistant United States Attorney
                                                                Attorney for Defendant Robert A. McDonald,
                                                                Secretary, Department of Veterans Affairs

1

Dated:  January 8, 2015

(As authorized 01/08/15)
/s/David J. Holdsworth
David J. Holdsworth
Attorney for Plaintiff

## **ORDER**

For good cause showing, IT IS HEREBY ORERED that the Mid-Discovery Status Conference currently set for January 20, 2015, 2014 at 9:00 a.m., shall be continued to March 3, 2015 at 3:00 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:  **January 9, 2015**

UNITED STATES MAGISTRATE JUDGE

2