# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUNDRA DUFFY-HAWKINS, | Case No.  1:14-cv-00080-AWI-SAB |
| Plaintiff, | ORDER APPROVING STIPULATION TO REFER ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM |
| v. | |
| ROBERT A. MCDONALD, | ECF NO. 26 |
| Defendant. | |

On May 13, 2015, the parties in this action submitted a stipulation to refer this action to a Voluntary Dispute Resolution Program pursuant to Local Rule 271.   (ECF No. 26.)   In accordance with the parties' stipulation, it is HEREBY ORDERED that this action is referred to the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated:   **May 13, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1