BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant ERIC K. SHINSEKI, SECRETARY,
DEPARTMENT OF VETERNAS AFFAIRS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAUNDRA DUFFY-HAWKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC K. SHINSEKI, SECRETARY, ) <br> DEPARTMENT OF VETERANS AFFAIRS ) <br> , ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:14-cv-00080 AWI/SAB <br><br> STIPULATION TO CONTINUE NON-EXPERT DISCOVERY DATES; ORDER |

    Plaintiff, Saundra Duffy-Hawkins ("Plaintiff"), and Defendant Robert A. McDonald, Secretary, Department of Veterans Affairs ("Defendant"), by and through their undersigned counsel, jointly stipulate to extend the dates for non-expert discovery and the non-dispositive motion deadline one month, as specifically set forth below.

    The parties base this stipulation on good cause as the parties have been engaged in settlement negotiations to resolve the matter.  However, the efforts were unsuccessful and the parties require this brief extension, approximately thirty days, to complete discovery in the case.  This one month extension does not affect the dispositive motion deadline, the pre-trial conference nor the trial date.

///

///

///

///

|  | **Old Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cutoff: | June 29, 2015 | July 27, 2015 |
| Non-dispositive Motion Filing: | June 29, 2015 | July 27, 2015 |

Respectfully submitted,

Dated:  May 29, 2015

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY


/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant Robert A. McDonald,
Secretary, Department of Veterans Affairs

Dated: May 29, 2015

(As authorized 05/29/15)
/s/David J. Holdsworth
David J. Holdsworth
Attorney for Plaintiff

## **ORDER**

For good cause showing, IT IS HEREBY ORERED that the deadline for non-expert discovery and the non-dispositive motion filing deadlines are continued to July 27, 2015.

IT IS SO ORDERED.

Dated:  **May 29, 2015**

UNITED STATES MAGISTRATE JUDGE

2