# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUNDRA DUFFY-HAWKINS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. MCDONALD,<br><br>Defendant. | Case No.  1:14-cv-00080-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THRITY DAYS<br><br>(ECF No. 31) |

On June 25, 2015, the parties participated in a settlement conference before the Honorable Gary S. Austin during which they reached a settlement.  Accordingly, the parties are HEREBY ORDERED to file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **June 26, 2015**

UNITED STATES MAGISTRATE JUDGE

1