BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant ROBERT A. McDONALD, SECRETARY,
 DEPARTMENT OF VETERNAS AFFAIRS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAUNDRA DUFFY-HAWKINS,<br><br>             Plaintiff,<br><br>v.<br><br>ERIC K. SHINSEKI, SECRETARY,<br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>             Defendant. | Case No. 1:14-cv-00080-AWI-SAB<br><br>STIPULATION AND ORDER FOR DISMISSAL |

Pursuant to the terms of a written Stipulation for Compromise as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice.  Each party is to bear her/its own attorneys fees and costs.

    IT IS SO STIPULATED

                                                                Respectfully submitted,

Dated: July 21, 2015                         BENJAMIN B. WAGNER
                                                                UNITED STATES ATTORNEY

                                                                /s/Alyson A. Berg
                                                                Alyson A. Berg
                                                                Assistant United States Attorney
                                                                Attorney for Defendant Robert A. McDonald,
                                                                Secretary, Department of Veterans Affairs

Dated: July 20, 2015                         (As authorized 07/20/15)
                                                                /s/David J. Holdsworth
                                                                David J. Holdsworth
                                                                Attorney for Plaintiff

**ORDER**

   The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   July 21, 2015         _____
                   SENIOR DISTRICT JUDGE